■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GORDON W. VAN LUVEN, JR., Appellant v ROBERT J. HENDERSON, as Superintendent of the Auburn Correctional Facility, Respondent.—Judgment unanimously affirmed. Memorandum: Relator was sentenced in Supreme Court, Cayuga County, on April 26, 1965 on his plea of guilty to grand larceny, first degree,

to an indeterminate sentence of 7 to 15 years. On January 20, 1976, he was given a parole release hearing. His parole was denied, and he was furnished with the following written statement of the reasons for denial of parole: "1. You are a parole violator; 2. You have been granted probation in the past; 3. This is your eighth (8th) conviction; 4. You do not learn from experience; 5. You have unrealistic plans for the future." Special Term dismissed relator's petition to require a further statement from the Board of Parole. It found the reasons given were meaningful and sufficient and we agree that they were (see *Matter of Ebbs v Regan,* 54 AD2d 611; *People ex rel. Ganci v Henderson,* 54 AD2d 609; *Matter of Watkins v Caldwell,* 54 AD2d 42). (Appeal from judgment of Cayuga Supreme Court—habeas corpus.) Present —Moule, J. P., Cardamone, Simons, Dillon and Witmer, JJ.